**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSLYVANIA**

| | |
|---|---|
| SARAH STRBA, on behalf of himself and other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIDGE FUNDING NY CORP.<br><br>Defendant. | Case No. 2:26-cv-00917-CCW |

**STATUS REPORT REGARDING NOTICE OF RESOLUTION**

Plaintiff SARAH STRBA ("Plaintiff"), for herself and on behalf of Defendant RIDGE FUNDING NY CORP. (individually, "Defendant" and collectively with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby respectfully submits this status report, per the Court's Order of August 7, 2026 (*see* Dkt. 11). The parties have finalized their resolution discussed in their previously submitted Notice of Resolution (*see* Dkt. 10), are completing the necessary paperwork, and anticipate filing a notice of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class members' claims within the next 30 days.

Dated: October 6, 2026

Respectfully submitted,

By: *<u>/s/ Anthony I. Paronich</u>*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I, hereby certify that on October 6, 2026, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Anthony I. Paronich*

Anthony I. Paronich