IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH STRBA, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>RIDGE FUNDING NY CORP.<br><br>Defendant. | Case No. 2:26-cv-00917 |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, by and through undersigned counsel, respectfully submits this Status Report in response to the Court's November 9, 2026 Order (ECF No. 14).

1. On October 6, 2026, Plaintiff filed a Status Report advising the Court that the parties had finalized the terms of their resolution and anticipated filing a notice of dismissal within thirty days. ECF No. 12.

2. On October 7, 2026, the Court directed the parties to file a stipulation of dismissal or joint status report by November 6, 2026. ECF No. 13.

3. Plaintiff apologizes for the failure to comply with that deadline.

4. The parties are completing the remaining steps necessary to consummate the dismissal.

5. Plaintiff anticipates that the remaining steps will be completed shortly, after which Plaintiff intends to file a notice of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members.

6. Accordingly, Plaintiff respectfully requests an additional fourteen days, through November 26, 2026, to file the appropriate dismissal papers or, if necessary, a further status report.

Respectfully submitted,

/s/ *Anthony I. Paronich*

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 9, 2026, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Anthony I. Paronich*
Anthony I. Paronich