**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SARAH STRBA, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>RIDGE FUNDING NY CORP.<br><br>Defendant. | Case No. 2:26-cv-00917 |

**NOTICE OF VOLUNTARY DISMISSAL**

The Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a).

DATED: November 20, 2026

Plaintiff,

*/s/ Anthony I. Paronich*

Anthony I. Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com